

# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA, } Case Number: 07-2019-Simonton
Plaintiff }
} REPORT COMMENCING CRIMINAL
- vs. - } ACTION
SONIA HERNANDES } 78320-004
Defendant } USMS Number

TO: Clerk's Office (MIAMI) FT. LAUDERDALE WEST PALM BEACH
U.S. District Court FT. PIERCE (Please Circle ONE)

NOTE: Circle the appropriate location for appearance in U.S. Magistrate's Court above.

All items are to be completed. Information not applicable or are unknown will be indicated "N/A"

(1) Date and Time of Arrest: 1/8/07 AM/(PM) 4:00
(2) Language Spoken: ENGLISH, SPANISH, PORTUGESE
(3) Offense(s) Charged: BULK CASH SMUGGLING FAILURE TO DECLARE
(4) U.S. Citizen: [✓] YES [ ] NO [ ] UNKNOWN
(5) Date of Birth: ▓▓
(6) Type of Charging Doc
    [ ] INDICTMENT ) be Filed / Already Filed
    Case Number:
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant
    Originating District: SOUTHERN DISTRICT OF FL
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ] YES [ ] NO
    Amount of Bond: $
    Who Set Bond?:
(7) Remarks:
(8) Date: 1/8/07
(9) Arresting Officer: EDWARD SANTIAGO
(10) Agency: ICE
(11) Telephone Number: 305-525-9003
(12) Comments: