UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

15 min

CASE NO. 07-2019-SIMONTON

UNITED STATES OF AMERICA

    Plaintiff,

v.

SONIA HADDAD MORAES HERNANDES

YOB: 1958    (J)78320-004

    Defendant.
_____/

## ORDER ON INITIAL APPEARANCE

AUSA _Susan Osbrown_    Language _Portuguese_
Agent _ICE_    Tape No. _07FX- 4-02968_

    The above-named defendant having been arrested on _01/08/07_ having appeared before the court for initial appearance on _01/09/07_ and proceedings having been held in accordance with **Fed.R.Cr.P.** r. 5 or 40(a), it is thereupon
    ORDERED as follows:

1. _Mauricio Aldazabal_ appeared as permanent/~~temporary~~ counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _1/24_, 2007.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am 1/24_, 2007.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_, 2007.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
_$50,000 PSB cosigned by daughter + $50,000 10%/Nebbia_

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

_Hearing held._

<u>SONIA HADDAD MORAES HERNANDES</u>

✓ a. Surrender all passports and travel document to the Pretrial Services Office.
✓ b. Report to Pretrial Services as follows:____time(s) a week in person; ____time(s) a week by phone ; ✓ as directed; <u>other                                                       </u>
___ c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___ d. Maintain or actively seek full time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___ j. Comply with the following additional special conditions of this bond:

This bond was set: At Arrest _____
On Warrant _____
After Hearing __✓__

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u> this ___9TH_____ day of ___JANUARY_____, 2007.

*/s/ Andrea M. Simonton*
ANDREA M. SIMONTON
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
Defense Counsel
Pretrial Services/Probation