UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-2019-AMS

UNITED STATES OF AMERICA,

v.

Sonia Hernandes

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW Mauricio L. Aldazabal and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name **(Printed)** Mauricio L. Aldazabal

Counsel's Signature _[signature]_

Address 2655 Lejeune Rd Suite 1001
Coral Gables Fl  ZIP CODE: _____

Telephone (305) 569-5526  FLORIDA BAR NUMBER: 348360