```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
```

CASE NO.    07-2019-SIMONTON

UNITED STATES OF AMERICA,

vs.

SONIA HADDAD MORAES HERNANDES,    **ORDER ON HEARING TO**

**REPORT RE:COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

    _____  Private counsel _____
appeared in open court and is noted as permanent counsel of record.

    _____  The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

    _____  The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

    \_\_\_X\_\_\_  The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

    X   Arraignment reset for 1/29/07 @10:00 a.m.

**DONE AND ORDERED** at Miami, Florida this   24   day of JANUARY, 2007.

TAPE 07B-2-1055                         s/Patrick A. White
                                        **UNITED STATES MAGISTRATE JUDGE**

C. Defense Counsel
   Pretrial Services
   U.S. Marshal
   AUSA