UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-mj-02019-AMS

UNITED STATES OF AMERICA,   :

       Plaintiff,   :

v.

                                   :

**SONIA HADDAD MORAES HERNANDES,**

                                   :

       Defendant.

                                   :

_____

## NOTICE OF APPEARANCE

Please note the appearance of Susan W. Van Dusen, of the **Law Offices of Susan W. Van Dusen,** as counsel for the Defendant, **Sonia Haddad Moraes Hernandes**, in the above styled cause; the Firm requests any and all pleadings, correspondence, and other matters pertaining to this cause be directed to Ms. Van Dusen on behalf of the Defendant.

                                           Respectfully submitted,

                                           Law Offices of Susan W. Van Dusen
                                           2701 South Bayshore Drive, Suite 315
                                           Miami, Florida  33133
                                           Ph.:(305)854-6449
                                           Fax: (305)285-5124

                                           By:_____
                                              Susan W. Van Dusen, Esq.
                                              Florida Bar No. 0334111

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of January 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and by facsimile to:

Jeffrey S. Tsai
Office of the United States Attorney
Federal Justice Building
99 NE Fourth Street
Miami, FL 33132
(Fax No. 305-536-4699)

_____
Susan W. Van Dusen, Esq.